# IN THE SUPREME COURT OF THE STATE OF NEVADA

HAILELASSIE GODIFAY,
　　　　　　　　Appellant,

vs.

MERAF ASGEDOM,
　　　　　　　　Respondent.

No. 83977

**FILED**

OCT 19 2022



ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Appellant's pro se motion to dismiss this appeal is granted. This appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:　Hon. Dedree Butler, District Judge, Family Court Division
　　　Haileslassie Godifay
　　　Ghandi Deeter Blackham
　　　Eighth District Court Clerk

22-32899